Argued and submitted April 14, reversed and remanded for further proceedings
October 8, 1997

ANDRIANNA FISHERIES, INC.,
and Robert Scott, for Vessel: F/V Andrianna,
*Petitioners,*

*v.*

DEPARTMENT OF FISH AND WILDLIFE,
*Respondent.*

(CA A92345)

946 P2d 352

Kevin L. Mannix argued the cause for petitioners. With him on the briefs was Mannix, Nielsen & Crawford, P.C.

Jas. Adams, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Chief Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for further proceedings in the light of Oregon Laws 1997, chapter 837, sections 9 to 11.